1 | STEPHANIE M. HINDS (CABN 154284)
    United States Attorney

2

3 | TOM COLTHURST (CABN 99493)
    Chief, Criminal Division

4 | THOMAS R. GREEN (CABN 203480)
    Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680

7 | FAX: (510) 637-3724
    thomas.green@usdoj.gov

8

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,               )   CASE NO. CR-22-0258-JST
                                              )
14 |          Plaintiff,                      )
                                              )   **STIPULATION AND ORDER**
15 |     v.                                   )   **CONTINUING ARRAIGNMENT AND**
                                              )   **EXCLUDING TIME UNTIL JULY 20, 2022**
16 | STEVEN ANTHONY QUESADA,                  )
                                              )
17 |          Defendant.                      )
                                              )
18 |                                          )
                                              )
19 |

20 |     Plaintiff United States of America, by and through its counsel of record, the United States

21 | Attorney for the Northern District of California and Assistant United States Attorney Thomas R. Green,

22 | and defendant Steven Anthony Quesada (Quesada or defendant), by and through his counsel of record,

23 | Joyce Leavitt, hereby stipulate as follows:

24 |     1.   This matter is presently set for an arraignment on Information and waiver of indictment

25 | on July 13, 2022. The parties now seek to continue the present hearing until July 20, 2022, and further

26 | exclude and waive time as it relates to both the timing of any preliminary hearing under Federal Rule of

27 | Criminal Procedure 5.1, and the timing for indictment or trial under the Speedy Trial Act, until the next

28 | requested hearing date of July 20, 2022.

STIPULATION AND ORDER
CASE NO. CR-22-0258-JST                           1

2. The government has produced discovery relating to defendant's arrest and criminal history. The government and defendant are exploring the potential for a plea agreement. Counsel for defendant requires additional time to review discovery and discuss and advise the defendant regarding the evidence, including as to the merits of any potential agreement or proceeding in some other fashion.

3. The defendant has been advised of his right under 18 U.S.C. § 3161(b) to be charged by information or indictment with the offense alleged in the pending criminal complaint and that defendant knowingly and voluntarily waives the time to be charged by indictment or information from Speedy Trial Act calculation until July 20, 2022, and waives the timing for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 for the time period of July 13, 2022, until the requested status hearing date of July 20, 2022.

4. For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal Procedure for preliminary hearing, and the date under the Speedy Trial Act by which defendants must be charged by indictment or information, the parties agree that the time period of July 13, 2022, until the requested status hearing date of July 20, 2022, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendants' request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in the filing of an information or indictment within the period specified in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

5. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which an information or indictment must be filed.

6. The undersigned Assistant United States Attorney certifies that he has obtained approval

//
//
//
//

from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: July 12, 2022                                Respectfully Submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ *Thomas R. Green*
THOMAS R. GREEN
Assistant United States Attorney

/s/ *Joyce Leavitt*
JOYCE LEAVITT
Attorney for Steven Anthony Quesada

**ORDER**

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Hearing Date and (2) Findings of Excludable Time Period, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

The Court sets this matter for arraignment on Information and waiver of indictment on July 20, 2022. The time period of July 13, 2022 to July 20, 2022, inclusive, is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b), and the time by which any trial must commence pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv). The Court also finds that defendant waives the timing by which a preliminary hearing must be held pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure for the time period of July 13, 2022 to July 20, 2022. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which an information or indictment must be filed.

IT IS SO ORDERED.

July 13, 2022
DATE

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE